IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dantwan A. Wilson,<br><br>      Plaintiff,<br><br>v.<br><br>Willie Eagleton, *Warden*; Edward Bittinger, *DHO Officer*; Addison Waddell, *Correctional Officer*; Fritz Ford, *Captain*; Pamela Oliver, *Counsel Substitute*; Ms. Duressa Roberts, *Caseworker/Classification*,<br><br>      Defendants. | C/A No. 0:17-1196-JFA-PJG<br><br>**ORDER** |

The plaintiff has filed this action, *pro se*, seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff, an inmate with the South Carolina Department of Corrections, alleges violations of his constitutional rights by the named defendants. The defendants filed motions for summary judgment on January 18, 2018, and January 19, 2018, pursuant to the Federal Rules of Civil Procedure. (ECF Nos. 42 & 45.) As the plaintiff is proceeding *pro se*, the court entered orders pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), on January 19, 2018 and January 22, 2018, advising the plaintiff of the importance of a motion for summary judgment and of the need for him to file an adequate response. (ECF Nos. 43 & 47.) The plaintiff was specifically advised that if he failed to respond adequately, the defendants' motions may be granted, thereby ending his case.

Despite his extension of time and notwithstanding the specific warning and instructions set forth in the court's Roseboro orders, the plaintiff has failed to respond to the motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action.

PJG

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to the defendants' motions for summary judgment within fourteen (14) days from the date of this order. Plaintiff is further advised that if he fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 1, 2018
Columbia, South Carolina